No. 69210.—Magnesium Elektron, Inc. v. United States, protests 64/8687, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of Magnesium Elektron, Inc. v. United States (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.